IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TODD STRAUSSER,

      Plaintiff,

 v.

WARDEN GARCEAU, DEPUTY WARDEN GLASS,
DR. SUKOWATY, ADA BARANOWSKI, HSM
ACKER, DR. SCHMIDT, DR. PRICE, ICE LEISER,
CPS HYLER, and CO EBBOTT,

      Defendants.

OPINION and ORDER

25-cv-91-jdp

---

  Plaintiff Todd Strausser, proceeding without counsel, alleges that staff at Columbia Correctional Institution denied him medical care and failed to provide accommodations for his numerous physical and mental health problems. I dismissed Strausser's complaint for failure to state a claim for which I could grant relief. Dkt. 6. I initially gave Strausser until June 5, 2025, to amend the complaint to fix that problem, and I later extended the deadline to June 18, 2025. Dkt. 9. In the order to amend and the order extending the deadline, I warned Strausser that I could dismiss the case if he failed to amend the complaint. Strausser did not file an amended complaint. I will dismiss the complaint for failure to state a claim for the reasons in the order to amend, and I will direct the clerk to record a strike against Strausser under 28 U.S.C. § 1915(g). *See Paul v. Marberry*, 658 F.3d 702, 705 (7th Cir. 2011) ("[W]hen . . . the plaintiff is told to amend his . . . complaint and fails to do so, the proper ground of dismissal is not want of prosecution but failure to state a claim, one of the grounds in section 1915(g) for calling a strike against a prisoner plaintiff.").

ORDER

IT IS ORDERED that:

1. Plaintiff Todd Strausser's complaint, Dkt. 1, is DISMISSED with prejudice for failure to state a claim for which I could grant relief.

2. The clerk is directed to record a strike against plaintiff under 28 U.S.C. § 1915(g).

3. The clerk of court is directed to enter judgment and close the case.

Entered July 21, 2025.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge